**No. 46805.**—Protests 71724–K, etc., of Oldetyme Distillers, Inc., et al. (New York).

Opinion by KEEFE, J. From an examination of the official papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protests were therefore overruled.

**No. 46806.**—Protests 67188–K, etc., of James D. Irwin & Co., Inc., et al. (New York).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protests were therefore overruled.

BEFORE THE SECOND DIVISION, JANUARY 12, 1942

**No. 46807.**—Protests 32548–K, etc., of Tara Singh (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of silk scarfs and woven silk mufflers which have been hemmed. In accordance therewith the scarfs and mufflers in question were held dutiable at 60 percent under paragraph 1209 as claimed.

**No. 46808.**—Protest 41618–K of Lloyd Scarf & Novelty Co. (New York).

Opinion by TILSON, J. It was found from the record that the hemmed woven silk mufflers in question were imported subsequent to the effective date of the said trade agreement. In accordance therewith certain of the item numbers in question were held properly dutiable at 45 percent under paragraph 1209 and (T. D. 49753) as claimed.

**No. 46809.**—Protests 980622–G, etc., of Glensder Textile Co. (New York).

Opinion by TILSON, J. From an examination of the record upon which these cases were submitted it was found that certain of the items consist of silk mufflers, hemmed, imported prior to the British Trade Agreement (T. D. 49753). In accordance therewith they were held dutiable at 60 percent under paragraph 1209. As to the merchandise imported subsequent to the said trade agreement certain of the items in question were held dutiable as follows: (1) silk mufflers, hand-hemmed, not block-printed by hand, at 45 percent under paragraph 1209 and (T. D. 49753); and (2) silk mufflers, not hemmed, not block-printed by hand, at 40 percent under paragraph 1209 and (T. D. 49753) as claimed.